IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-CV-49-D

| | |
|---|---|
| HUNTINGTON GROUP, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **CONSENT ORDER** |
| GUIDE GROUP, LLC, | ) |
| Defendant. | ) |

NOW COME the Defendant, Guide Group, LLC and the Plaintiff, Huntington Group, LLC, and move the Court to enter this Order remanding the captioned action to the Carteret County Superior Court from which it was removed by Guide Group on April 1, 2011, and in support thereof show unto the Court that the Defendant, Guide Group, erroneously removed the captioned action to this Court on the grounds that it involves a federal question in that 42 U.S.C. § 1719 affords a specific exception to such removal.

NOW THEREFORE it is hereby ORDERED that the captioned action be and hereby is remanded to Carteret County Superior Court.

This 20 day of April, 2011.

| | |
|---|---|
| /s/Norman W. Shearin | /s/ C. Wes Hodges, II |
| Norman W. Shearin | C. Wes Hodges, II |
| N.C. State Bar No. 3956 | Sarah A. Reamer |
| Vandeventer Black LLP | Hodges & Coxe, P.C. |
| Post Office Box 2599 | 3907-100 Wrightsville Avenue |
| Raleigh, NC 27602 | Wilmington, NC 28403 |
| nshearin@vanblk.com | whodges@hc-lawfirm.com |
| *Attorney for Defendant* | sreamer@hc-lawfirm.com |
| | *Attorneys for Plaintiff* |

_____
James C. Dever, III
United States District Judge